IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| REGINA R. BOONE, | * |
| Plaintiff, | * |
| vs. | *   No. 4:14CV00146 SWW |
| DEPARTMENT OF COMMUNITY CORRECTION, | * |
| Defendant. | * |

**Judgment**

Pursuant to the Opinion and Order entered in this matter on this date, plaintiff's complaint is dismissed. The relief sought is denied.

DATED this 8th day of October, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE